**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01109-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CHRISTOPHER COATES,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS JR.,
JOSE SANTANA,
DAVID ALLRED,
JESSICA SEATON, and
OFFICER KELLER,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff Christopher Coates is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. Plaintiff has submitted a Prisoner Complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

The Court also notes that Plaintiff states under E. Previous Lawsuits section of the Complaint form in this case that he has a pending case, Case No. 14-cv-03031-BCW, in the United States District Court for the Western District of Missouri. *See* ECF No. 1 at 7. A review of the Docket in Case No. 14-cv-03031-BCW, indicates Plaintiff has filed a request to dismiss that case, *see Coates v. Cooper, et al.*, No. 15-cv-03031-BCW, ECF No. 14 (W.D. Mo. Filed Jan. 14, 2015), because a third party, Jeremy Pinson, filed Case No. 15-cv-03031-BCW without telling Plaintiff that he would have to pay a filing fee, and Plaintiff did not want to proceed with the case if he has to pay a filing fee.

Plaintiff may proceed with this case pursuant to 28 U.S.C. § 1915, but he will be required to pay the $350 filing fee in full by making monthly payments when funds exist in his account pursuant to 28 U.S.C. § 1915. If, however, Plaintiff has sufficient funds in his prison account he may be required to pay the filing fee ($350 plus administrative fee $50) in full prior to proceeding with the action.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  X   is not submitted
(2)  __  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing **certified** statement showing current balance in prison account
(5)  __  is missing required financial information
(6)  X   is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) X   other: **In the Alternative, Plaintiff may pay the $400 filing fee ($350 plus $50 administrative fee) in full.**

**Complaint, Petition or Application**:

(11) ___   is not submitted
(12) ___   is not on proper form (must use the Court's current form)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form used in filing a 28 U.S.C. § 1915 Motion (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, www.cod.uscourts.gov, to be used in curing deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 29, 2015, at Denver, Colorado.

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge

3